UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MITCHELL LEE PRICE,<br><br>　　　　　　Defendants. | Case No. **1:91-cr-00004-DAD**<br><br><br>ORDER OF RELEASE |

　　　The above named defendant having been sentenced on May 23, 2016, to TIME SERVED as of May 25, 2016,

　　　IT IS HEREBY ORDERED that the defendant shall be released on May 25, 2016 at 10:00 a.m.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __**May 24, 2016**__　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1